

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00335-CV

**IN THE INTEREST OF T.I.P.** and I.O., Children,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA01717
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the trial court's judgment is AFFIRMED. No costs on appeal are taxed against appellants. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED November 12, 2025.

_____
Adrian A. Spears II, Justice